**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jalia Lashay Joseph<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–1579 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Western District of Virginia | | |
| Case number: | 26–50300 | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jalia Lashay Joseph

8/31/26

**By the court:** Paul M. Black
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Virginia

In re:
Jalia Lashay Joseph
Debtor

Case No. 26-50300-pmb
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0423-5 | User: admin | Page 1 of 3
Date Rcvd: Aug 31, 2026 | Form ID: 318 | Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jalia Lashay Joseph, 150 Chestnut Ridge Dr, Apt E, Harrisonburg, VA 22801-3454 |
| 5418978 | + | Afterpay US Services, LLC, C T CORPORATION SYSTEM, 4701 Cox Rd Ste 285, Glen Allen, VA 23060-6808 |
| 5418980 | + | Bridge It, Inc. (dba 'Brigit'), 5501 Headquarters Dr, Plano, TX 75024-5837 |
| 5418983 | + | City of Harrisonburg, Treasurer, 409 S Main St, Harrisonburg, VA 22801-3610 |
| 5418985 | + | Collection Attorneys USA, LLC, 1914 Skillman St, Suite 110 PMB 374, Dallas, TX 75206-8560 |
| 5418992 | + | Frost Arnett, c/o CORPORATION SERVICE COMPANY, 100 Shockoe Slip Fl 2, Richmond, VA 23219-4100 |
| 5419002 | | Texas A & M University, 750 Agronomy Rd, College Station, TX 77843-0004 |
| 5419003 | + | Texas A&M University, 400 Bizzell St., College Station, TX 77843-0001 |
| 5419004 | + | The Greens at Chestnut Ridge, 128 Chestnut Ridge Dr, Harrisonburg, VA 22801-3444 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5418977 | | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 31 2026 22:23:35 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5418979 | | Email/PDF: bncnotices@becket-lee.com | Aug 31 2026 22:23:48 | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 5418981 | | EDI: CAPITALONE.COM | Sep 01 2026 02:14:00 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5418982 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Aug 31 2026 22:15:00 | CashNetUSA, 175 West Jackson Blvd., Suite 1000, Chicago, IL 60604-2863 |
| 5418984 | + | Email/Text: bankruptcy@meetcleo.com | Aug 31 2026 22:15:00 | Cleo, 300 Delaware Avenue, Wilmington, DE 19801-1607 |
| 5418985 | + | Email/Text: admin@causallc.com | Aug 31 2026 22:16:00 | Collection Attorneys USA, LLC, 1914 Skillman St, Suite 110 PMB 374, Dallas, TX 75206-8560 |
| 5418986 | | EDI: PHINGENESIS | Sep 01 2026 02:15:00 | Concora Credit, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 5418987 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 31 2026 22:22:59 | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5418988 | | Email/Text: resolutions@dave.com | Aug 31 2026 22:15:00 | Dave (Extra Cash), 1265 S Cochran Ave, Los Angeles, CA 90019 |
| 5418989 | | EDI: DISCOVER | Sep 01 2026 02:14:00 | Discovercard, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5418990 | | Email/Text: cxs-doc-access@earnin.com | Aug 31 2026 22:15:00 | EarnIn, 391 San Antonio Road, Third Floor, Mountain View, CA 94040 |
| 5418991 | | Email/Text: EBN@edfinancial.com | Aug 31 2026 22:15:00 | Edfinancial Services, PO Box 30159, Knoxville, TN 37930-0159 |
| 5418993 | + | Email/Text: clientsupport-us-stl@indebted.co | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 31 2026 22:16:00 | InDebted, Mail Processing Center, 1551 Emancipation Hwy, Unit# 1511, Fredericksburg, VA 22401-4683 |
| 5418994 | | EDI: IRS.COM | Sep 01 2026 02:15:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5418995 | + | Email/Text: bankruptcy.us@klarna.com | Aug 31 2026 22:15:00 | Klarna, Inc, Attn: Bankruptcy, 800 N. High St, Ste. 400, Columbus, OH 43215-1430 |
| 5418996 | ^ | MEBN | Aug 31 2026 22:01:15 | Klover, 200 N. LaSalle St. Ste 2000, Chicago, IL 60601-1025 |
| 5418997 | + | EDI: NFCU.COM | Sep 01 2026 02:15:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22116-3000 |
| 5418998 | + | Email/Text: bcccsubankruptcyemail@sentara.com | Aug 31 2026 22:15:00 | Sentara Health, PO Box 2090, Morrisville, NC 27560-2090 |
| 5418999 | | EDI: SYNC | Sep 01 2026 02:14:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5419000 | | EDI: SYNC | Sep 01 2026 02:14:00 | Synchrony/Paypal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 5419001 | + | EDI: PHINGENESIS | Sep 01 2026 02:15:00 | Tbom/Milestone, Po Box 4499, Beaverton, OR 97076-4499 |
| 5419005 | | Email/Text: UpStart@ebn.phinsolutions.com | Aug 31 2026 22:16:00 | Upstart Network Inc., PO Box 1503, San Carlos, CA 94070-7503 |
| 5419006 | | Email/Text: va_tax_bk@harriscollect.com | Aug 31 2026 22:16:00 | Virginia Department of Taxation, Attn: Bankruptcy, PO BOX 2156, Richmond, VA 23218-2156 |
| 5419007 | + | Email/Text: ebn@wfcorp.com | Aug 31 2026 22:16:00 | Williams & Fudge, 300 Chatham Ave, Rock Hill, SC 29730-4986 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brittany Falabella(508351) | |

| | |
|---|---|
| | falabella.trustee@gmail.com VA56@ecfcbis.com |
| Caleb Chaplain | on behalf of Debtor Jalia Lashay Joseph caleb@chaplaindufraine.com Chaplain.CalebB148018@notify.bestcase.com |
| USTrustee | USTPRegion04.RN.ECF@usdoj.gov |

TOTAL: 3